**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6075

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LORI D. BLAKELY,

Defendant - Appellant.

No. 04-6076

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LORI D. BLAKELY,

Defendant - Appellant.

Appeals from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (CR-95-851; CR-97-678; CA-02-4186-2-18; CA-02-4187-3-18)

Submitted: June 24, 2004          Decided: June 30, 2004

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Lori D. Blakely, Appellant Pro Se. Michael Rhett DeHart, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lori D. Blakely seeks to appeal the district court's order denying some of the claims raised in her 28 U.S.C. § 2255 (2000) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Blakely seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED